Shannon L. Moore, City Attorney
Kimberly Y. Chin, Senior Assistant City Attorney
CITY OF RICHMOND
CITY ATTORNEY'S OFFICE
450 Civic Center Plaza
Richmond, CA 94804-1630
(510) 620-6509, Fax (510) 620-6518
Shannon_Moore@ci.richmond.ca.us
Kimberly_Chin@ci.richmond.ca.us

R. Bradley Miller, *pro hac vice forthcoming*
R. BRADLEY MILLER LAW
301 North Alfred Street
Alexandria, VA 22314
Telephone: (919) 608-0795
Email: rbm@rbradleymillerlaw.com

Matthew S. Melamed (SBN 260272)
KELLER ROHRBACK L.L.P.
180 Grand Avenue, Suite 1380
Oakland, CA 94612
Telephone: (510) 463-3900
Facsimile: (510) 463-3901
Email: mmelamed@kellerrohrback.com

Gary Gotto, *pro hac vice*
KELLER ROHRBACK L.L.P.
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
Email: ggotto@kellerrohrback.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF RICHMOND AND THE RICHMOND JOINT POWERS FINANCING AUTHORITY, EX REL. SHANNON L. MOORE, CITY ATTORNEY FOR THE CITY OF RICHMOND, CALIFORNIA<br><br>Plaintiffs,<br><br>v.<br><br>ROYAL BANK OF CANADA AND JPMORGAN CHASE & CO.,<br><br>Defendants. | No. 3:25-cv-03380-CRB<br><br>**[PROPOSED] ORDER GRANTING MOTION TO AMEND COMPLAINT** |

IT IS HEREBY ORDERED:

Pursuant to the filed motion and no opposition from Defendant parties that the Plaintiffs' Motion to file an amended complaint is GRANTED. Plaintiff shall file the Second Amended Complaint on the docket.

//
//
//
//
//
//

DATED this __5th__ day of __March_____, 2026.

_____
The Honorable Charles R. Breyer
United States District Judge